# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> CHAREES LOFTIN, <br>     Defendant. | CASE NO.  8:23CR17 <br><br> SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE |

Defendant states to the Court as follows:

(1)   I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)   I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)   At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____    07/10/2023
Defendant                                            Date

_____    07/10/2023
Attorney for Defendant                          Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this  11  day of  July , 20 23 .

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT